**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA

CASE NO.:  8:02-Cr-508-T-17MSS

v.

ANDRE T. PAIGE
_____/

## ORDER OF CONTEMPT

**THIS CAUSE** comes before the Court for consideration on the Order to Show Cause as to Charles A. Fowler issued by this Court on September 26, 2005.  (Dkt. 283). On September 28, 2005, Mr. Fowler was taken into custody in this matter.  On October 4, 2005, Mr. Fowler appeared with counsel before this Court for contempt proceedings in accordance with FED. R. CRIM. P. 17(g).  Mr. Fowler, pursuant to a stipulation by the parties, entered an admission to this Court that he failed to respond to the subpoena served on him on September 19, 2005.  (Dkt. 281).  Mr. Fowler withdrew his objections to the subpoena.

The Court, in consideration of the evidence presented in this cause, finds that Mr. Fowler is in Contempt of Court for failing to respond to the subpoena served on him on September 19, 2005.  (Dkt. 281).

It is the **JUDGMENT AND SENTENCE** of this Court that Mr. Fowler be **SENTENCED** to **TIME SERVED**.  He is to be released from custody in this matter; should he have any other holds pending from other jurisdictions, he should be served with those holds for further proceedings in those jurisdictions.

CASE NO.:  8:02-Cr-508-T-17MSS

**DONE AND ORDERED** in Chambers, in Tampa, Florida, this 4th day of October, 2005.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:

    United States Marshal
    United States Attorney
    Counsel for Mr. Paige
    Counsel for Mr. Fowler