## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.   CASE NO. 8:02-CR-508-T-EAK-TGW

ANDRE T. PAIGE
_____/

### ORDER

This cause comes before the Court on the defendant's motion to reopen, to appoint counsel and for an evidentiary hearing (Doc. 384) and response thereto (Doc. 387). The defendant. The Court has reviewed the motion and response and finds it well-taken. The Court incorporates the motion by reference herein. Accordingly, it is.

**ORDERED** that motion to reopen, to appoint counsel and for an evidentiary hearing (Doc. 384) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 20th day of January, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to: All Counsel of Record